UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

QUALITY GOLD, INC.,

    Plaintiff,

vs.

PRECIOUS METALS
& GEMS, LLC.,

    Defendant.

Case No. 1:11-cv-743

Beckwith, J.
Bowman, M.J.

## ORDER

This civil action came before the Court for an informal discovery dispute conference, by telephone, on November 19, 2012, to address several outstanding discovery issues. Carolyn Taggert and Stephen Schuh appeared on behalf of Plaintiff Quality Gold, Inc. and Kaveh Kashef and Joseph Callow appeared on behalf of Defendant Precious Metals & Gems, LLC ("PMG"). Based on the arguments of counsel, it is herein **ORDERED** that:

    1. The scheduling order is amended as follows:

    Fact discovery deadline:  January 31, 2013
    Quality Gold expert report:  December 15, 2012
    PMG's rebuttal report:  January 18, 2013
    Expert depositions to be completed by January 31, 2013
    Dispositive motion deadline:  February 14, 2013;

    2. A follow-up phone conference is hereby set for December 5, 2012 at 2:00 p.m. before the undersigned to discuss the format of Quality Gold's production of documents to PMG. If the parties resolve all pending issues prior to that date, they shall promptly notify Judge Bowman's Chambers to vacate the follow-up conference;

3.  With respect to Quality Gold's contention that PMG has not produced all email communications requested, Quality Gold may question the relevant individuals about email usage at their respective depositions.  If the elicited testimony is inconsistent with PMG's previous representations relating to email production and/or raises additional concerns, the Court may revisit the issue at a later time; and

4.  Quality Gold and PMG shall both produce year-end financial statements for 2009, 2010 and 2011.

**IT IS SO ORDERED.**

*s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge